Daniel R. Forde (SBN: 248461)
Erica J. Sullivan (SBN: 306466)
**HOFFMAN & FORDE, ATTORNEYS AT LAW**
3033 Fifth Avenue, Suite 225
San Diego, CA 92103
Tel: (619) 546-7880
Fax: (619) 546-7881
dforde@hoffmanforde.com
esullivan@hoffmanforde.com

Attorneys for Plaintiff,
JOHN DOGOLDOGOL

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOGOLDOGOL, an individual,<br><br>Plaintiff,<br>v.<br><br>EQUIFAX INC.; TRANS UNION LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.;<br><br>Defendants. | Case No.: 3:17-CV-0231-BTM-AGS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TRANS UNION LLC PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Presiding: Hon. Barry Ted Moskowitz<br>Magistrate: Hon. Andrew G. Schopler<br>Date Filed: February 6, 2017 |

//

**NOTICE OF VOLUNTARY DISMISSAL**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff JOHN DOGOLDOGOL ("Plaintiff") and his counsel hereby give notice that the above-captioned action is voluntarily dismissed, WITH PREJUDICE, as to Defendant TRANS UNION LLC ("Defendant"). Plaintiff and Defendant have settled all claims between them in this matter.

- 1 -

Defendant has not filed or served either an answer or a motion for summary judgment, making such dismissal proper without court order.

Dated: April 28, 2017         Respectfully submitted,

By:      */s/ Erica J. Sullivan*
         ERICA J. SULLIVAN

HOFFMAN & FORDE, ATTORNEYS AT LAW
3033 Fifth Avenue, Suite 225
San Diego, CA 92103
Telephone: (619) 546-7880
Facsimile: (619) 546-7881
esullivan@hoffmanforde.com

Attorneys for Plaintiff,
John Dogoldogol

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TRANS UNION
LLC PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)