Daniel R. Forde (SBN: 248461)
**HOFFMAN & FORDE, ATTORNEYS AT LAW**
3033 Fifth Avenue, Suite 225
San Diego, CA 92103
Tel:  (619) 546-7880
Fax: (619) 546-7881
dforde@hoffmanforde.com

Attorneys for Plaintiff,
JOHN DOGOLDOGOL

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| JOHN DOGOLDOGOL, an individual, | Case No.: 3:17-cv-0231-BTM-NLS |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX, INC.** |
| v. | |
| EQUIFAX INC.; TRANS UNION LLC; and EXPERIAN INFORMATION SOLUTIONS, INC., | Judge:      Hon. Barry T. Moskowitz
Mag. Judge: Hon. Nita L. Storms
Date Filed:   February 6, 2017 |
| Defendants. | |

TO THE HONORABLE MAGISTRATE JUDGE NITA L. STORMS:

Plaintiff John Dogoldogol ("Plaintiff") respectfully notifies the Court that Plaintiff and Defendant Equifax Inc. ("Defendant") have settled all claims between them in this matter and are in the process of completing the final settlement documents and filing the dismissal within the next thirty (30) days.

///

///

///

- 1 -

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX, INC.**

Plaintiff respectfully requests that the Court retain jurisdiction for any matters related to completing and / or enforcing the settlement.

Dated: June 2, 2017

Respectfully submitted,
**HOFFMAN & FORDE**

/s/ *Daniel R. Forde*
Daniel R. Forde, Esq.
3033 Fifth Avenue, Suite 225
San Diego, CA 92103
P: (619) 546-7880
F: (619) 546-7881

Attorneys for Plaintiff,
John Dogoldogol

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX, INC.**