Daniel R. Forde (SBN: 248461)
**HOFFMAN & FORDE, ATTORNEYS AT LAW**
3033 Fifth Avenue, Suite 225
San Diego, CA 92103
Tel:  (619) 546-7880
Fax: (619) 546-7881
dforde@hoffmanforde.com

Attorneys for Plaintiff,
JOHN DOGOLDOGOL

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| JOHN DOGOLDOGOL, an individual, | Case No.: 3:17-cv-0231-BTM-NLS |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| v. | |
| EQUIFAX INC.; TRANS UNION LLC; and EXPERIAN INFORMATION SOLUTIONS, INC., | Judge:      Hon. Barry T. Moskowitz<br>Mag. Judge: Hon. Nita L. Storms<br>Date Filed:   February 6, 2017 |
| Defendants. | |

TO THE HONORABLE MAGISTRATE JUDGE NITA L. STORMS:

 Plaintiff John Dogoldogol ("Plaintiff") respectfully notifies the Court that Plaintiff and Defendant Experian Information Solutions, Inc.. ("Defendants") have settled all claims between them in this matter and are in the process of completing the final settlement documents and filing the dismissal within the next thirty (30) days.

/ / /

**- 1 -**

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

1  / / /

2  / / /

3

4      Plaintiff respectfully requests that the Court retain jurisdiction for any

5  matters related to completing and / or enforcing the settlement.

6  Dated: June 5, 2017                    Respectfully submitted,
                                          **HOFFMAN & FORDE**
7

8                                         /s/ *Daniel R. Forde*

9                                         Daniel R. Forde, Esq.
                                          3033 Fifth Avenue, Suite 225
10                                         San Diego, CA 92103
                                          P:  (619) 546-7880
11                                         F:  (619) 546-7881

12

13                                         Attorneys for Plaintiff,
                                          John Dogoldogol
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    **- 2 -**

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC.**