1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOGOLDOGOL, an individual; | Case No. 3:17-cv-00231-BTM-AGS |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. PURSUANT TO FRCP 41(a)(1)(A)(ii) |
| EQUIFAX INC.; TRANS UNION LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.; | |
| Defendants. | Complaint Filed:   February 6, 2017 |

        Based upon the joint motion submitted by the parties on July 24, 2017, and good cause appearing, the Court hereby **GRANTS** the Joint Motion to Dismiss Defendant Experian Information Solutions, Inc.  The Court **DISMISSES WITH PREJUDICE** Defendant Experian Information Solutions, Inc.  Each party shall bear its own attorneys' fees and costs.

        **IT IS SO ORDERED.**

DATED:  _____7/26/2017___    _____

                    THE HON. BARRY MOSKOWITZ
                    UNITED STATES DISTRICT JUDGE